**No. 59432.**—Canada Dry Ginger Ale, Inc., et al. *v.* United States, protests 149359–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 59433.**—Seaboard Liquor Co. et al. *v.* United States, protests 150695–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 59434.**—Esso Standard Oil Co. *v.* United States, protest 226401–K (New York)

Opinion by JOHNSON, J. It was stipulated that duty was assessed on a landed quantity of 104,649 gallons, which included 6.8 percent bottom sediment and water; that the amount of moisture and impurities usually found in and upon such or similar merchandise does not exceed 1 percent; that the importer filed an application for an allowance of 5.8 percent for excessive moisture and other impurities; and that the collector's memorandum accompanying the protest be received in evidence. The collector's memorandum states that the application for an allowance was timely filed and that an allowance should be made for bottom sediment and water to the extent of 5.8 percent. In view of the stipulation and the collector's memorandum, it was held that an allowance should be made in the quantity of merchandise upon which internal revenue tax was assessed to the extent of 5.8 percent, for excessive moisture and impurities, in accordance with section 507, Tariff Act of 1930, and the regulations issued thereunder.

**No. 59435.**—Mitteldorfer Straus, Inc. *v.* United States, protests 239310–K and 239311–K (New York).